THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN SHERIDAN, Appellant, *v.* RICHARD H. ADAMS et al., Composing the Board of Education of the City of New York, Respondents.

*People ex rel. Sheridan* v. *Adams,* 76 App. Div. 619, affirmed.
(Argued January 7, 1903; decided January 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made November 7, 1902, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendants to reinstate the relator in the position of inspector of buildings in the department of education of the city of New York.

*A. S. Gilbert* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *William B. Crowell* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.

---

JOHN HAVEN et al., Appellants, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Haven* v. *Mayor, etc., of N. Y.,* 67 App. Div. 90, affirmed.
(Argued January 7, 1903; decided January 27, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 14, 1902, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Joel J. Squier* and *James A. Deering* for appellants.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *George L. Sterling* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.